1
2
3
4
5
6
7
8

# *UNITED STATES DISTRICT COURT*

## *DISTRICT OF NEVADA*

### *-oOo-*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | 2:09-CR-487-LDG-LRL |
| | ) | |
| vs | ) | **ORDER** |
| | ) | |
| JOHNATHAN SMITH | ) | |
| | ) | |
| Defendant | ) | |

          Based on the stipulation of counsel, IT IS THEREFORE ORDERED that the date
and time currently set for the submission of the government's opposition to Defendant's Motion
to Bifurcate (#32) be vacated and continued to __Wed., August 11, 2010__ .

          DATED this _2_ day of August, 2010.


_____
UNITED STATES   DISTRICT   JUDGE