# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:09-CR-0487-LDG (LRL) |
| v. ) | |
| ) | |
| JOHNATHAN SMITH, ) | |
| ) | |
| Defendant. ) | |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on February 7, 2011, defendant JOHNATHAN SMITH pled guilty to Counts Two through Seven of a Seven-Count Superseding Indictment charging him in Counts Two, Three, and Five with Distribution of a Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)((1)(C); in Count Four with Distribution of a Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B); and in Counts Six and Seven with Felon in Possession, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

This Court finds that defendant JOHNATHAN SMITH agreed to the forfeiture of property set forth in the Forfeiture Allegations of the Criminal Indictment.

This Court finds that, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the Superseding Indictment and the offenses to which defendant JOHNATHAN SMITH pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), (d)(2)(C), (d)(3)(B) and Title 28, United States Code, Section 2461(c); Title 21, United States Code, Sections 853(a)(1) and (a)(2); and Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c):

    a.    an RG Model 14, .22 caliber revolver, serial #388013, and any and all related ammunition;

    b.    a Cobra Model FS 380, .380 semi-automatic pistol, serial #FS009345, and any and all related ammunition;

    c.    a Savage Model 10, .308 caliber rifle, serial #G050838, and any and all related ammunition; and

    d.    an in personam criminal forfeiture money judgment of $1,270.00 in United States Currency.

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of JOHNATHAN SMITH in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

. . .

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that a petition, if any, must
2 be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.
3  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that a copy of the petition, if
4 any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
5 following address at the time of filing:
6     DANIEL D. HOLLINGSWORTH
    Assistant United States Attorney
7     MICHAEL A. HUMPHREYS
    Assistant United States Attorney
8     Lloyd D. George United States Courthouse
    333 Las Vegas Boulevard South, Suite 5000
9     Las Vegas, Nevada 89101.
10  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the notice described
11 herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate
12 agency following publication of notice of seizure and intent to administratively forfeit the above-
13 described asset.
14  DATED this __18__ day of __Feb__, 2011.

_____
UNITED STATES DISTRICT JUDGE