FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 1 8 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:09-CR-487-LDG (LRL) |
| JOHNATHAN SMITH, | ) |
| Defendant. | ) |

## FINAL ORDER OF FORFEITURE

On February 22, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Sections 924(d)(1), (d)(2)(C), and (d)(3)(B) and Title 28, United States Code, Section 2461(c); Title 21, United States Code, Sections 853(a)(1) and (a)(2); and Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant JOHNATHAN SMITH to criminal offenses, forfeiting specific property alleged in the Superseding Indictment and shown by the United States to have the requisite nexus to the offense to which defendant JOHNATHAN SMITH, pled guilty. Docket #22, #69, #71.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from February 26, 2011, through to March 27, 2011, notifying all known third parties of their right to petition the Court. #72.

. . .

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Sections 924(d)(1), (d)(2)(C), and (d)(3)(B) and Title 28, United States Code, Section 2461(c); Title 21, United States Code, Sections 853(a)(1) and (a)(2); Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

(a) a RG Model 14, .22 caliber revolver, serial #388013, and any and all related ammunition;

(b) a Cobra Model FS 380, .380 semi-automatic pistol, serial #FS009345, and any and all related ammunition;

(c) a Savage Model 10, .308 caliber rifle, serial #G050838, and any and all related ammunition; and

(d) an *in personam* criminal forfeiture money judgement of $1,270.00 in United States Currency.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

. . .

. . .

. . .

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this ___18___ day of __Aug.___, 2011.

_____
UNITED STATES DISTRICT JUDGE